1146

MAY 24, 2000

No. 99–9577 (99A950). IN RE FOSTER. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MAY 25, 2000

No. 99–8297 (99A956). CLAYTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 1059. Motion for leave to file petition for rehearing out of time denied. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.